UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

LAWRENCE TRIMM, III

                        Plaintiff,

    **-v.-**

                        Civil Action No.
                        7:13-cv-138 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                        Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Conboy, McKay Law Firm        LAWRENCE D. HASSELER, ESQ.
307 State Street
Carthage, New York 13619

**FOR THE DEFENDANT:**

Social Security Administration    SANDRA M. GROSSFELD, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed April 17,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed April 17, 2014 (Dkt. No. 19) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's denying disability benefits is REVERSED and the case is REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: June 4, 2014
        Albany, New York